174 A.3d 503

JOSH WILLNER, AN INFANT BY HIS GUARDIAN AD LITEM, LESTER WILLNER, LESTER WILLNER, INDIVIDUALLY, AND AMY WILLNER, INDIVIDUALLY, PLAINTIFFS-RE-SPONDENTS, v. VERTICAL REALITY, AN ENTITY DOING BUSINESS IN THE STATE OF NEW JERSEY, AND VERTICAL REALITY MANUFACTURING, INC., AN ENTITY DOING BUSI-NESS IN THE STATE OF NEW JERSEY, DEFENDANTS, AND IVY LEAGUE CAMP, AN ENTITY DOING BUSINESS IN THE STATE OF NEW JERSEY, DEFENDANT, AND NUMATICS, INC., DEFENDANT-PETITIONER.

C-104 September Term 2017
079626

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003870-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.